No. 13,510.

LINDEMAN ET AL. v. THE TOWN OF MONTICELLO.

From the White Circuit Court.

A. W. Reynolds and E. B. Sellers, for appellants.

MITCHELL, J.—The judgment in this case is controlled by the decision in Vinson v. Town of Monticello, ante, p. 103.

Judgment affirmed, with costs, and five per cent. damages.

Filed Jan. 26, 1889; petition for a rehearing overruled March 26, 1889.

No. 13,511.

FOX ET AL. v. THE TOWN OF MONTICELLO.

From the White Circuit Court.

A. W. Reynolds and E. B. Sellers, for appellants.

MITCHELL, J.—The questions in this case are the same as those in Vinson v. Town of Monticello, ante, p. 103.

The judgment is affirmed, with costs, and five per cent. damages, for the reasons there given.

Filed Jan. 26, 1889; petition for a rehearing overruled March 26, 1889.

No. 14,268.

THE CENTRAL UNION TELEPHONE COMPANY v. FALLEY.

From the Tippecanoe Circuit Court.

J. R. Coffroth, T. A. Stuart and A. H. Thomas, for appellant.

W. D. Wallace, S. P. Baird and F. S. Chase, for appellee.

OLDS, J.—This action was brought by the appellee against the appellant, under the act of April 8th, 1885, entitled "An Act prescribing certain duties of telegraph and telephone companies, prohibiting discrimination between patrons, providing penalties therefor, and declaring an emergency," for the penalty of one hundred dollars for the failure and refusal on the part of the appellant to furnish to the appellee a telephone and telephonic connections, facilities and service, and involves the same questions that were decided in the case of Central U. Tel. Co. v. State, ex rel., ante, p. 194. On the authority of that case the judgment of the court below is affirmed, with costs.

Filed Feb. 2, 1889; petition for a rehearing overruled April 3, 1889.